# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE EUCEDA, on behalf of himself and similarly situated employees,<br><br>    Plaintiffs,<br><br>    v.<br><br>MILLWOOD, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 3:12-0895<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 24th day of May, 2012, **IT IS HEREBY ORDERED** that Plaintiff Jose Euceda is given leave to file an amended complaint within **twenty-one (21) days** from the date of this Order.  If Plaintiff fails to do so, the action will be dismissed.

                                    /s/ A. Richard Caputo  
                                    A. Richard Caputo  
                                    United States District Judge