IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE EUCEDA, | : | |
| Plaintiff, | : | 3:12-cv-00895-ARC |
| | : | |
| v. | : | |
| | : | |
| MILLWOOD, INC., | : | |
| Defendant. | : | |

**PLAINTIFF'S MOTION FOR POSTPONEMENT OF THE TIME TO MOVE FOR CLASS CERTIFICATION UNDER LOCAL CIVIL RULE 23.3**

Plaintiff respectfully moves, pursuant to Local Rule 23.3, for an order postponing the deadline for Plaintiff's class certification motion until a future date to be established in the Court's initial scheduling order. Such relief is warranted for the reasons described in the accompanying brief. Defendant currently opposes this motion.

Date: August 7, 2012

Respectfully submitted,

/s/ Peter Winebrake
Peter Winebrake, Esq.
R. Andrew Santillo, Esq.
Mark J. Gottesfeld, Esq.
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025

Stephanie Dorenbosch, Esq.
Friends of Farmworkers, Inc.
42 South 15th Street, Suite 605
Philadelphia, PA 19102