IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE EUCEDA, on behalf of himself and similarly situated employees, <br><br> Plaintiff, <br><br> v. <br><br> MILLWOOD, INC., <br><br> Defendant. | : <br> : <br> : <br> :   3:12-cv-00895-ARC <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## **ORDER**

**AND NOW**, this _____ day of _____, 2012, upon consideration of Plaintiff's "Motion for Postponement of the Time to Move for Class Certification Under Local Civil Rule 23.3" ("Motion") (Doc. 14), the accompanying brief (Doc. 15), and all other papers and proceedings herein, it is hereby **ORDERED** that the Motion is **GRANTED** and that Plaintiff's time to move for class certification is postponed until a date to be determined by further order of the Court.

 

_____
Hon. A. Richard Caputo
United States District Judge