# **CERTIFICATION OF NON-CONCURRENCE**

I declare, subject to the penalty of perjury and pursuant to Local Civil Rule 7.1, that I have sought the concurrence of defense counsel with respect to the accompanying motion and have been informed that Defendant currently does *not* concur in the motion.  However, Defendant may alter its position after reviewing the motion.

Date: August 7, 2012  /s/ Peter Winebrake
Peter Winebrake
WINEBRAKE & SANTILLO, LLC
(*formerly "The Winebrake Law Firm, LLC"*)
Twining Office Center, Suite 211
715 Twining Road
Dresher, PA 19025
(215) 884-2491