**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSE EUCEDA, on behalf of himself and similarly situated employees, | CIVIL ACTION NO. 3:C-12-0895 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| MILLWOOD, INC., | |
| Defendant. | |

## ORDER

**NOW**, this 13th day of November, 2012, **IT IS HEREBY ORDERED** that:

(1) Jose Euceda's Motion for Leave to File a Second Amended Complaint or, Alternatively, for an Extension of His Time to Respond to Defendant's Pending Motion to Dismiss (Doc. 12) is **GRANTED**. Plaintiff shall file his Second Amended Complaint **within twenty-one (21) days** from the date of entry of this Order.

(2) Millwood, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 10) is **DENIED as moot**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge