**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSE EUCEDA, on behalf of himself and similarly situated employees,<br><br>    Plaintiff,<br><br>    v.<br><br>MILLWOOD, INC.,<br><br>    Defendant. | CIVIL ACTION NO. 3:C-12-0895<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 13th day of November, 2012, **IT IS HEREBY ORDERED** that:

(1) Jose Euceda's Motion for Leave to File a Second Amended Complaint or, Alternatively, for an Extension of His Time to Respond to Defendant's Pending Motion to Dismiss (Doc. 12) is **GRANTED**. Plaintiff shall file his Second Amended Complaint **within twenty-one (21) days** from the date of entry of this Order.

(2) Millwood, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint (Doc. 10) is **DENIED as moot**.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge