UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSE EUCEDA, on behalf of himself and similarly situated employees, : : | |
| Plaintiff : | CIVIL ACTION NO. 3:12-0895 |
| v. : | (JUDGE MANNION) |
| MILLWOOD, INC., : | |
| Defendant : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** the motion to dismiss filed by the defendant, (Doc. No. 24), is **GRANTED IN PART AND DENIED IN PART** as follows:

**(1)** The motion is **DENIED** with respect to Count I of the plaintiff's second amended complaint, (Doc. No. 21);

**(2)** The motion is **GRANTED** with respect to Count II.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: August 26, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-0895-01-ORDER.wpd